

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-07-00177-CR

_____

ROGER DALE GENTRY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th Judicial District Court
Cass County, Texas
Trial Court No. 2007F00029

Before Morriss, C.J., Moseley and Cornelius,* JJ.
Memorandum Opinion by Chief Justice Morriss

_____

*William J. Cornelius, Chief Justice, Retired, Sitting by Assignment

MEMORANDUM OPINION

Roger Dale Gentry appeals from his conviction by a jury for aggravated sexual assault of a child. *See* TEX. PENAL CODE ANN. § 22.021(a)(1)(B)(iii) (Vernon Supp. 2008).[1] The jury assessed his punishment at life imprisonment and a $5,000.00 fine. Gentry presently has two other convictions currently on appeal before this Court.[2]

Because the issues raised in each appeal are identical, for the reasons stated in our opinion dated this day in *Gentry v. State*, cause number 06-07-00175-CR, we affirm the judgment of the trial court.

As noted previously, however, the trial court's judgment in this case indicates the statute for the offense is "22.021(2)(A) Penal Code." This Court has the authority to reform the judgment to make the record speak the truth when the matter has been called to our attention by any source. *French v. State*, 830 S.W.2d 607 (Tex. Crim. App. 1992). In *Asberry v. State*, 813 S.W.2d 526 (Tex. App.—Dallas 1991, pet. ref'd), the court noted that the authority of the appellate court to reform incorrect judgments is not dependent on request of any party; the appellate court may act sua sponte.

---

[1]We note that the judgment indicates the statute for the offense as TEX. PENAL CODE ANN. § 22.021(2)(A). The correct statute is TEX. PENAL CODE ANN. § 22.021(a)(1)(B)(iii).

[2]Gentry appeals from three convictions. In cause numbers 06-07-00175-CR and 06-07-00177-CR, he appeals from his convictions of aggravated sexual assault of a child, and was sentenced in each case to life imprisonment and a $5,000.00 fine. In cause number 06-07-00176-CR, he appeals from his conviction of indecency with a child by sexual contact, and was sentenced to twenty years' imprisonment and a $5,000.00 fine.

The Texas Rules of Appellate Procedure provide direct authority for this Court to modify the judgment of the trial court. TEX. R. APP. P. 43.2.

Therefore, we hereby reform the judgment to indicate the correct statute for the offense: TEX. PENAL CODE ANN. § 22.021(a)(1)(B)(iii).

As reformed, we affirm the judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:     October 8, 2008
Date Decided:       December 18, 2008

Do Not Publish